IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WONNE ROBINSON, <br> AIS # 192663, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| v. | ) <br> ) | CASE NO. 2:19-CV-539-WKW <br> [WO] |
| KAY IVEY, JEFFERSON DUNN, <br> and CHRISTOPHER GORDY, | ) <br> ) <br> ) | |
| Defendants. | ) | |

## **ORDER**

On July 31, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been made. (Doc. # 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 3) is ADOPTED and that this action is TRANSFERRED to the Northern District of Alabama pursuant to 28 U.S.C. § 1404(a).

DONE this 26th day of August, 2019.

                                                      /s/ W. Keith Watkins
                                        UNITED STATES DISTRICT JUDGE